October 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

FRANK MILLER, Appellant

NO. 14-15-00184-CV                     V.

ASCENTIUM CAPITAL, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 18, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Frank Miller.

We further order this decision certified below for observance.